

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 21, 2014**

_____
United States Bankruptcy Judge
_____

FORM 1213.209209

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

IN RE:
WAYNE JOHN HOOVER               CASE NO: 12-70419-HDH-13
JOSELYN HASTY HOOVER            DATED: May 15, 2014
                                HEARING DATE: May 14, 2014
                                HEARING TIME: 10:00 AM
_____

**ORDER DISMISSING CASE**
_____

On this day came on to be heard the Trustee's Motion to Dismiss Chapter 13 Proceeding. It appears to the Court that due notice has been given to Debtor(s) and Debtor's counsel, if any, and that no objection has been made to the relief requested, or if made, same should be overruled. It is further appearing that Dismissal of this case is in the best interest of the creditors and the estate:

IT IS THEREFORE ORDERED, that the above proceeding be, and hereby is in all things DISMISSED, without prejudice, and

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall disburse all funds on hand in accordance with the Standing Order 2009-03.

IT IS FURTHER ORDERED that the remaining balances of all debts due and owing creditors as of this date are not discharged or affected in any manner by this Order.

IT IS FURTHER ORDERED, that above styled and numbered case will be CLOSED twenty-one (21) days after the entry of this Order of Dismissal provided that it is a single debtor case or a joint debtor case and both debtors are being dismissed.

# # # End of Order # # #

/s/ Walter O'Cheskey
Walter O'Cheskey, Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

cc:     MONTE J WHITE
        ATTORNEY AT LAW
        1106 BROOK AVE HAMILTON PLACE
        WICHITA FALLS TX 76301-0000